IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARA RUFFALO and<br>TONY RUFFALO<br><br>               Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>               Defendants. | :<br>:<br>:   CIVIL ACTION NO. 02-CV-4112<br>:<br>:<br>:<br>:<br>:<br>:   ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>:<br>: |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____     _____
Hope S. Freiwald                                          Aline Fairweather


_____     _____
Erin Brennan                                               Kirstin J. Miller


                                       DECHERT PRICE & RHOADS
                                       4000 Bell Atlantic Tower
                                       1717 Arch Street
                                       Philadelphia, PA  19103-2793
                                       (215) 994-4000